THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.    

 
 
 
Timothy Wilbanks,       
Appellant.
 
 
 

Appeal From Spartanburg County
Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2005-UP-170
Submitted March 1, 2005  Filed March 9, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Appellant, Timothy Wilbanks, was indicted for and convicted of one count of armed robbery and one count of possession of a stolen vehicle.  The trial judge sentenced Wilbanks to sixteen years on the armed robbery charge, five years on the possession of stolen goods charge, and revoked Wilbanks probation.  Appellant, Timothy Wilbanks, was indicted for and convicted of one count of armed robbery and one count of possession of a stolen vehicle.  The trial judge sentenced Wilbanks to sixteen years on the armed robbery charge, five years on the possession of stolen goods charge, and revoked Wilbanks probation.  Wilbanks counsel attached to the brief a petition to be relieved as counsel, stating that she had reviewed the record and concluded this appeal lacks merit.  Wilbanks has filed a separate pro se brief.  Wilbanks counsel attached to the brief a petition to be relieved as counsel, stating that she had reviewed the record and concluded this appeal lacks merit.  Wilbanks has filed a separate pro se brief.  We dismiss pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.1
APPEAL DISMISSED.  
GOOLSBY, HUFF, and STILWELL, JJ., concur.

1 We decide this case without oral argument pursuant to Rule 215, SCACR.